Joseph A. Boyle
Michael Lynch (admitted *pro hac vice*)
Lauri A. Mazzuchetti
Michael A. Innes
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(Tel.) (973) 503-5900
(Fax) (973) 503-5950

*Attorneys for Atlantic Coast*
*Media Group LLC, Hydroxatone LLC,*
*Thomas Shipley and*
*Marketing Architects, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA MARGOLIS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYDROXATONE LLC, ATLANTIC COAST MEDIA GROUP LLC, THOMAS SHIPLEY and MARKETING ARCHITECTS, INC.,<br><br>Defendants. | CIVIL ACTION NO. 2:11-cv-04355 (SRC)(CLW)<br><br><br>[~~PROPOSED~~] ORDER |

This matter having come before the Court by application of defendants Atlantic Coast Media Group LLC ("ACMG"), Hydroxatone LLC ("Hydroxatone"), Thomas Shipley, and Marketing Architects, Inc. (collectively, "Defendants") for an Order lifting the stay and dismissing this action with

prejudice, and the Court having reviewed the submissions of counsel, and for good cause shown,

**IT IS HEREBY ORDERED** that the stay in this action is lifted; and

**IT IS FURTHER ORDERED** that Plaintiff's complaint is dismissed in its entirety with prejudice; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this matter.

DATED: January 7, 2014 ~~2013~~

SO ORDERED:

_____
Hon. Stanley R. Chesler, U.S.D.J.

-2-